IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | | |
|---|---|---|---|
| CAROL J. EDGE, | : | IN RE: | |
| | : | Prempro Products Liability Litigation | |
| Plaintiff, | : | | |
| v. | : | MDL 1507 | |
| | : | | |
| WYETH PHARMACEUTICALS, INC., | : | Docket No. **4:04-cv-2032** | |
| et al., | : | | |
| Defendants. | : | | |

## MOTION TO DISMISS

Plaintiff in the above-captioned matter hereby requests that the Court dismiss the defendant, **Baxter Healthcare Corporation,** with prejudice, each party to bear costs as paid, by the Court's approval of this Motion

Dated:   June 14, 2010

Respectfully submitted,

/s/ Tom Dutton
Tom Dutton
ASB-2059-U50T
PITTMAN, DUTTON, & HELLUMS, P.C.
2001 Park Place North – Suite 1100
Birmingham, AL   35203
(205) 322-8880 Phone
(205) 328-2711 Fax
htdslitigation@pittmanhooks.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing MOTION TO DISMISS was served on all counsel of record via the Court's electronic filing system on June 14, 2010.

/s/ Tom Dutton
Tom Dutton